UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)

FILED
2005 MAY 16 A 11: 18

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____

| | |
|---|---|
| LLEWELLYN K. WAILEHUA, JR., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> PERCY PITZER, Warden; et al., <br><br> Defendants - Appellees. | No. 05-15592 <br> D.C. No. CV-00-06827-OWW <br><br><br> **ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [X]

Explanation: ALLEGED DISCRIMINATORY TRANSFERS TO CORRECTIONAL FACILITIES WITHOUT ADEQUATE LAW LIBRARIES CLAIMS UNSUPPORTED BY ANY EVIDENCE FROM PLAINTIFF.

_____
Judge
United States District Court

Date: 5-13-05